1 | **HARRY M. DRANDELL # 109293**
2 | **NUTTALL COLEMAN & DRANDELL**
  | 2333 MERCED STREET
  | FRESNO, CA 93721
3 | PHONE (559) 233-2900
  | FAX (559) 485-3852
4 | Attorneys for Defendant,
5 | VERIONICA RAMIREZ

# IN THE UNDITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| UNITED STATES OF AMERICA, | **Case Number: 1:18-cr-00073-LJO-SKO** |
|---|---|
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| vs. | Date: November 19, 2018 |
| VERONICA RAMIREZ, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Veronica Ramirez, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this court permit her to waive her right to personally appear for any appearance and all proceedings in this matter. Ms. Ramirez agrees that her interests shall be represented at all times by the presence of her attorney, Harry M. Drandell, the same as if Ms. Ramirez were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

///

///

///

Defendant notified her attorney, Harry M. Drandell, on November 19, 2018, that a close family member, her sister-in-law's nephew, died unexpectedly, and she learnt of the death early this morning. Counsel for Defendant has spoken with Assistant U.S. Attorney Christopher Baker and he has no objection to Defendant's waiver of personal appearance.

Respectfully Submitted,

Dated: November 19, 2018              NUTTALL COLEMAN & DRANDELL

By: */s/ Harry M. Drandell*
    HARRY M. DRANDELL
    Attorney for Defendant
    VERONICA RAMIREZ

I consent to the above

Dated: November 19, 2018              By: */s/ Veronica Ramirez*
    VERONICA RAMIREZ
    Defendant

**ORDER**

**GOOD CAUSE APPEARING,** pursuant to Fed. R. Crim. P. 43(b)(2) and 43(b)(3), Defendant's appearance is excused at any and all criminal proceedings associated with this case until ordered to appear.

IT IS SO ORDERED.

Dated: **November 19, 2018**              */s/ Sheila K. Oberto*
    UNITED STATES MAGISTRATE JUDGE

3
WAIVER OF DEFENDANT'S PERSONAL APPEARANCE

1:18-CR-00073-LJO-SKO