**SALLY VECCHIARELLI 305636**
**PROPER DEFENSE LAW CORPORATION**
677 W. Palmdon Drive, Suite 201
Fresno, CA 93704
Telephone: (559) 825-3800
Facsimile: (559) 705-1870

Attorney for Defendant, VERONICA RAMIREZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> VERONICA RAMIREZ, ) </br> ) </br> Defendant. ) | Case No. 1:18-cr-00073-LJO-SKO </br></br> **DEFENDANT VERONICA RAMIREZ'S MOTION TO EXONERATE BOND; ORDER** </br></br> Judge: Hon. Dale A. Drozd |

Pursuant to the Court's order of March 30, 2018 setting conditions of release, Ms. Ramirez posted $800.00 cash bond:

| 04/02/2018 | | RECEIPT number #CAE100038608 $800.00 fbo Veronica Ramirez by Veronica Ramirez on 4/2/2018. (Marrujo, C) [1:18-mj-00047-SAB] (Entered: 04/02/2018) |
|---|---|---|
| 04/02/2018 | 30 | CASH BOND POSTED as to Veronica Ramirez (3) in amount of $ $800.00, Receipt # CAE100038608. (Marrujo, C) [1:18-mj-00047-SAB] (Entered: 04/02/2018) |

///

///

Proper Defense
Law Corporation
677 W. PALMDON DRIVE
SUITE 201
FRESNO, CA 93704

1
**[Proposed] Order- Motion to Exonerate Bond**

Since no conditions of the bond remain to be satisfied, it is requested that the $800.00 cash bond be returned to Ms. Ramirez.

Respectfully Submitted,

DATED: January 4, 2021        By      /s/ Sally Vecchiarelli
                                      SALLY VECCHIARELLI
                                      Attorney for Defendant
                                      VERONICA RAMIREZ

**ORDER**

IT IS SO ORDERED that the Clerk of the Court exonerate the $800.00 appearance bond, which previously secured the defendant's appearance in the above captioned case.

IT IS SO ORDERED.

Dated:   **January 4, 2021**                   _____
                                                UNITED STATES DISTRICT JUDGE

Proper Defense
Law Corporation
677 W. Palmdon Drive
Suite 201
Fresno, CA 93704

2
**[Proposed] Order- Motion to Exonerate Bond**